UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cr-20295-JB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE FELICIANO LEMOS,

    Defendant.

_____

## WAIVER OF SPEEDY TRIAL

I, Defendant, JOSE FELICIANO LEMOS, hereby waive my right to a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, from November 18, 2024, through and including the next scheduled trial date.

**DATED** on November 25, 2024.

                                        *Jose*
                                 _____
                                 JOSE LEMOS,
                                 Defendant

Respectfully submitted,

**Donet, McMillan &Trontz, P.A.**

By: /s/ David A. Donet, Jr.
      David A. Donet, Jr., Esq.
      Attorney for Defendant

[Certificate of Service on next page]

Page **1** of **2**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 25, 2024, undersigned counsel electronically filed the foregoing Defendant's Waiver of Speedy Trial with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing (NEF) to all counsel of record registered therein.

        **Donet, McMillan & Trontz, P.A.**

        By: /s/ David A. Donet, Jr.
        David A. Donet, Jr., Esq.
        Florida Bar No.: 128910
        Attorney for Defendant
        100 Almeria avenue, Suite 230
        Coral Gables, Florida 33134
        Telephone: 305-444-0030
        Email: donet@dmtlaw.com
        Email: paralegals@dmtlaw.com

Page 2 of 2

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, FL 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com