UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cr-20295-JB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE FELICIANO LEMOS,

    Defendant.

_____

## WAIVER OF SPEEDY TRIAL

I, Defendant, JOSE FELICIANO LEMOS, hereby waive my right to a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, from January 14, 2025, through and including the next scheduled trial date.

**DATED** on January 15, 2025.

X Jose
_____
JOSE LEMOS,
Defendant

Respectfully submitted,

**Donet, McMillan &Trontz, P.A.**

By: /s/ David A. Donet, Jr.
**David A. Donet, Jr., Esq.**
Attorney for Defendant

[Certificate of Service on next page]

Page **1** of **2**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, FL 33134
• Telephone: 305-444-0030 •

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 17, 2025, undersigned counsel electronically filed the foregoing Defendant's Waiver of Speedy Trial with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing (NEF) to all counsel of record registered therein.

                                 **Donet, McMillan & Trontz, P.A.**

                     By: /s/ David A. Donet, Jr.
                             **David A. Donet, Jr., Esq.**
                             Florida Bar No.: 128910
                             Attorney for Defendant
                             100 Almeria Avenue, Suite 230
                             Coral Gables, Florida 33134
                             Telephone: 305-444-0030
                             Email: donet@dmtlaw.com
                             Email: paralegals@dmtlaw.com

Page **2** of **2**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, FL 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com