UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cr-20295-JB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE FELICIANO LEMOS,

    Defendant.

_____/

## WAIVER OF SPEEDY TRIAL

Defendant, JOSE FELICIANO LEMOS, by and through his undersigned attorney, hereby waives his right to a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, from February 21, 2025, through and including the next scheduled trial date.

**DATED** on March 1, 2025.

                                Respectfully submitted,

                                **Donet, McMillan &Trontz, P.A.**

                        By: /s/ David A. Donet, Jr.
                              **David A. Donet, Jr., Esq.**
                              Attorney for Defendant

[Certificate of Service on next page]

Page **1** of **2**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, FL 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 1, 2025, undersigned counsel electronically filed the foregoing Defendant's Waiver of Speedy Trial with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing (NEF) to all counsel of record registered therein.

                               **Donet, McMillan & Trontz, P.A.**

                           By: /s/ David A. Donet, Jr.
                               **David A. Donet, Jr., Esq.**
                               Florida Bar No.: 128910
                               Attorney for Defendant
                               100 Almeria Avenue, Suite 230
                               Coral Gables, Florida 33134
                               Telephone: 305-444-0030
                               Email: donet@dmtlaw.com
                               Email: paralegals@dmtlaw.com

Page **2** of **2**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, FL 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com