UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cr-20295-JB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOSE FELICIANO LEMOS,

      Defendant.

_____

## **WAIVER OF SPEEDY TRIAL**

Defendant, JOSE FELICIANO LEMOS, by and through his undersigned attorney, hereby waives his right to a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, from April 21, 2025, through and including the next scheduled trial date.

**DATED** on April 24, 2025.

Respectfully submitted,

**Donet, McMillan &Trontz, P.A.**

By:_ /s/ David A. Donet, Jr._____
**David A. Donet, Jr., Esq.**
Attorney for Defendant

[Certificate of Service on next page]

Page **1** of **2**

Donet, McMillan & Trontz, P.A.
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, FL 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on April 24, 2025, undersigned counsel electronically filed the foregoing Defendant's Waiver of Speedy Trial with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing (NEF) to all counsel of record registered therein.

**Donet, McMillan & Trontz, P.A.**

By: /s/ David A. Donet, Jr.
**David A. Donet, Jr., Esq.**
Florida Bar No.: 128910
Attorney for Defendant
100 Almeria Avenue, Suite 230
Coral Gables, Florida 33134
Telephone: 305-444-0030
Email: donet@dmtlaw.com
Email: paralegals@dmtlaw.com

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, FL 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com