UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cr-20295-JB

UNITED STATES OF AMERICA,

   Plaintiff,

v.

JOSE FELICIANO LEMOS,

   Defendant.

_____

**DEFENDANT JOSE FELICIANO LEMOS'
UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

Defendant JOSE FELICIANO LEMOS (Mr. Lemos), by and through his undersigned attorney, files this Unopposed Motion to Continue Sentencing Hearing, and in support thereof, states as follows:

1.     This case is set for a Sentencing Hearing on December 17, 2025, at 10:00 A.M., before the Hon. Jacqueline Becerra, U.S. District Court Judge. (See [DE 176]).

2.     Mr. Lemos needs a very short continuance of his sentencing hearing for the reasons that follow.

3.     Mr. Lemos' undersigned counsel represents the Defendant in the case of ***State of Florida v. Abel Diaz-Morales***, Case No.: F25017757, in the Circuit

Page **1** of **4**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

Court of the 11th Judicial Circuit of Florida.

4.      The Jury Trial of said case (expected to last only one-to-two-days) was set to start this Thursday, December 18, 2025.

5.      However, earlier this afternoon, the undersigned received a communication from the Chambers of the Hon. Judge Richard L. Hersch, who presides over that case, advising that the Court requires that Jury Selection commence tomorrow morning.

6.      Therefore, Mr. Lemos would ask for a short continuance of his sentencing to this Friday, or any day next week.

7.      Undersigned counsel certifies that this continuance is sought in good faith, not for the purposes of delay, but so that justice may be done.

**CERTIFICATE OF GOOD FAITH CONFERRAL**

8.      Undersigned counsel conferred with Special Assistant United States Attorney Tanner Stiehl, who indicated that the government does not oppose the continuance sought herein.

**WHEREFORE**, the Defendant, JOSE FELICIANO LEMOS, respectfully requests that this Honorable Court enter its Order continuing the Sentencing

[Continued on Next Page]

Page **2** of **4**

Hearing in this cause for the short period set forth above, for the foregoing reasons.

**DATED:** December 16, 2025.

Respectfully submitted,

**Donet, McMillan & Trontz, P.A.**

By: /s/ David A. Donet, Jr.
**David A. Donet, Jr., Esq.**
Florida Bar No.: 128910
Attorney for Defendant

[Certificate of Service on next page]

Page **3** of **4**

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on December 16, 2025, undersigned counsel

electronically filed the foregoing Defendant's Unopposed Motion to Continue

Sentencing Hearing with the Clerk of the Court using CM/ECF, which will send a

Notice of Electronic Filing (NEF) to all counsel of record registered therein.

**Donet, McMillan & Trontz, P.A.**

By: /s/ David A. Donet, Jr.
**David A. Donet, Jr., Esq.**
Florida Bar No.: 128910
Attorney for Defendant
100 Almeria Avenue, Suite 230
Coral Gables, Florida 33134
Telephone: 305-444-0030
Email: donet@dmtlaw.com
Email: paralegals@dmtlaw.com

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com