UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cr-20295-JB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE FELICIANO LEMOS,

    Defendant.

_____

## ORDER GRANTING
## DEFENDANT JOSE FELICIANO LEMOS'
## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

**THIS CAUSE** came before the Court on the DE [  ] Unopposed Motion to Continue Sentencing Hearing filed by Defendant **JOSE FELICIANO LEMOS**; and the Court having reviewed said Motion and being otherwise duly advised in the premises, it is upon consideration,

**ORDERED AND ADJUDGED** that the motion is **GRANTED**.

The new date for the Sentencing Hearing is hereby continued to: _____.

**DONE AND ORDERED** in the Southern District of Florida on _____, 2025.

_____
**HON. JACQUELINE BECERRA**
United States District Judge

Copies to Counsel of Record.